# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LAVONYA LAMPKIN,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-1635-Orl-22GJK**

**HUBBARD CONSTRUCTION COMPANY,**

        **Defendant.**
_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement and Dismiss Action with Prejudice (Doc. No. 51) filed on September 10, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 24, 2009 (Doc. No. 53) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Dismiss Action with Prejudice (Doc. No. 51) is GRANTED to the extent the Court finds the parties' settlement to be fair and reasonable.

3. This case is DISMISSED WITH PREJUDICE.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 10, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge